# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| LARRY SHAW,<br><br>Petitioner<br><br>v.<br><br>THE DISTRICT ATTORNEY OF PHILADELPHIA, THE ATTORNEY GENERAL OF PENNSYLVANIA, AND THE SUPERINTENDENT OF SCI-DALLAS,<br><br>Respondents | : No. 169 EM 2014<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

 **AND NOW**, this 6th day of January, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.

A True Copy
As Of 1/6/2015

Attest: _John W. Person Jr., Esquire_
John W. Person Jr., Esquire
Deputy Prothonotary
Supreme Court of Pennsylvania